```
            UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 12022
   ALBERTO A ESMERALDA
   RAQUEL A ESMERALDA                           CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

           Debtor
   SSN XXX-XX-6566     SSN XXX-XX-5089
```

---
                      TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 09/23/06 and confirmed on 12/01/06.

   2.  The case was converted to Chapter 7 after confirmation, 09/22/2008.

   3.  The Debtor paid a total of $    5025.00 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE | SECURED | .00 | .00 | .00 |
| CITIMORTGAGE | MORTGAGE ARRE | 1736.35 | .00 | 1736.35 |
| GMAC PAYMENT CENTER | SECURED | .00 | .00 | .00 |
| ARROW FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| ANDERSON FINANCIAL NETWO | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | 6289.33 | .00 | 127.81 |
| FIA CARD SERVICES | UNSECURED | 5976.34 | .00 | 121.45 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 11593.01 | .00 | 235.60 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 539.68 | .00 | 10.97 |
| B REAL LLC | UNSECURED | 6868.41 | .00 | 139.58 |
| B REAL LLC | UNSECURED | 2922.65 | .00 | 59.40 |
| CREDIT ONE BANK | UNSECURED | NOT FILED | .00 | .00 |
| B LINE LLC | UNSECURED | 1921.41 | .00 | 39.05 |
| DEVRY INC | UNSECURED | NOT FILED | .00 | .00 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 450.41 | .00 | 9.15 |
| PREMIER BANKCARD/CHARTER | UNSECURED | 383.51 | .00 | 7.80 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 1027.11 | .00 | 20.88 |
| ECAST SETTLEMENT CORPORA | UNSECURED | 850.54 | .00 | 17.28 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| ECAST SETTLEMENT CORPORA | UNSECURED | 211.51 | .00 | 4.29 |
| NICOR GAS | UNSECURED | 1107.71 | .00 | 22.51 |
| SST FAIRLANE CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 2257.01 | .00 | 45.87 |
| WELLS FARGO FINANCIAL IN | UNSECURED | 888.49 | .00 | 18.05 |
| CAPITAL ONE BANK | UNSECURED | 661.83 | .00 | 13.45 |
| ROUNDUP FUNDING LLC | UNSECURED | 479.09 | .00 | 9.73 |

```
GMAC PAYMENT CENTER           UNSECURED          1924.34            .00         39.11
      Summary of disbursements:
------------------------------------------------------------------------------
                    SECURED    PRIORITY   UNSECURED         OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  1736.35         .00    46352.38           .00      48088.73
PRINCIPAL PAID      1736.35         .00      941.98           .00       2678.33
INTEREST PAID           .00         .00         .00           .00            .00
TOTAL PAID          1736.35         .00      941.98           .00       2678.33
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC          , was allowed $   3600.00
and was paid $    666.00   direct and $   2109.00   through the plan.

The Trustee received $     237.67 .

Refunds to the Debtor totaled $         .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 12/17/08                /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 06 B 12022 ALBERTO A ESMERALDA & RAQUEL A ESMERALDA